## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

RALPH HUTT,

                    Plaintiff,

        v.

ZURICH AMERICAN INSURANCE
COMPANY,

                    Defendant.

No. 4:23-cv-00002-BMM-JTJ

Hon. Brian Morris, U.S.D.J.
Hon. John T. Johnston, U.S.M.J.

### ORDER STAYING ALL PROCEEDINGS

Pursuant to the Parties' "Joint Motion to Stay All Proceedings," and good cause appearing, IT IS HEREBY ORDERED:

1.    All proceedings in this action are stayed until October 20, 2023.

2.    Defendant Zurich American Insurance Company's deadline to respond to the complaint is extended to 60 days after the stay is lifted, if ever.

3.    The Parties shall submit a joint status report by October 9, 2023, unless disposition documents have already been filed and the case has been dismissed.

4.    Any Party may move to lift the stay for good cause shown.

DATED this 15th day of March, 2023

_____
John Johnston
United States Magistrate Judge