IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

RALPH HUTT,

Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,

Defendant

4:23-cv-00002-BMM

**ORDER**

Upon the Stipulation to Dismiss with Prejudice, (Doc. 16) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED on with prejudice, each party to bear their respective costs and attorney fees.

DATED this 29th day of January, 2024.

_____
Brian Morris, Chief District Judge
United State District Court